**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

**ARNAYIS FRANKLIN,**

               **Plaintiff,**

   **v.**                                            **1:05-CV-0789
                                                        (GLS/DRH)**

**STATE OF NEW YORK et. al,**

               **Defendant.**

---

**APPEARANCES:**                **OF COUNSEL:**

**FOR THE PLAINTIFF:**

Mainetti, Mainetti Law Firm        EDWARD C. BRUNO, ESQ.
P.O. BOX 3058
303 Clinton Avenue
Kingston, New York 12401

**FOR THE DEFENDANT:**

HON. ELIOT SPITZER             KELLY L. MUNKWITZ
Attorney General, State of New York  Assistant Attorney General
Albany Office
The Capitol
Albany, New York 12224

**Gary L. Sharpe
U.S. District Judge**

## **DECISION AND ORDER**

### **I. Introduction**

After reviewing the motion papers and plaintiff's letter indicating that he does not intend to oppose the motion, the complaint is hereby dismissed in its entirety as to all defendants whether represented or unrepresented for the reasons articulated in defendants' motion to dismiss. Accordingly, the complaint is dismissed in its entirety.

Wherefore, it is

**ORDERED** that the complaint is dismissed in its entirety; and it is further

**ORDERED** that the Clerk of the Court serve a copy of this Order upon the parties.

It is so ordered.

October 14, 2005
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge